UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

DARLENE WHALEY                                                                                        PLAINTIFF(S)

VS                                                                            CIVIL ACTION NO. 3:13CV-741-H

KNOB CREEK GUN RANGE, INC.                                                                DEFENDANT(S)

**O R D E R**

The above-styled action came before the undersigned for a telephonic conference on October 9, 2014 regarding the status of the case.

Participating for on behalf of the plaintiff, Mr. Edward Zwilling.  On behalf of the defendant, Mr. Saeid Shafizadeh.

Discussions as to the status of the case were conducted.  The Court being sufficiently advised;

**IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within forty-five (45) days if the settlement is not consummated.  Counsel may tender a supplemental order of dismissal if they so desire.

**IT IS FURTHER ORDERED** that the **pretrial conference scheduled for MARCH 16, 2015 is REMANDED from the Court's docket.**

Date: October 10, 2014

Copies to:
All Counsel of Record

Court Time:   00/20
Court Reporter: N/A